```
                                    ┌──────────────────────────┐
                                    │ ✓ FILED      ___ LODGED  │
                                    │ ___ RECEIVED ___ COPY    │
                                    │                          │
                                    │      JAN 13 2023         │
                                    │                          │
                                    │   CLERK US DISTRICT COURT│
                                    │    DISTRICT OF ARIZONA   │
                                    │ BY_____ DEPUTY│
                                    └──────────────────────────┘
```

Simeon E. G. Cofield 093181
Name and Prisoner/Booking Number

Gila County Detention Center
Place of Confinement

P.O. Box 311
Mailing Address

Globe, AZ 85502
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Simeon Emanuel Coulbran Cofield
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Graham County Adult Detention/Jail
(Full Name of Defendant)

(2) Detention officer Adams Src. ,

(3) Detention officer Slaughter ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-0027-TUC-RCC-PSOT
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: _____

2. Institution/city where violation occurred: Graham County-Safford-State of Arizona

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Grham County Delintion_. The first Defendant is employed as: _Grham County ADut Dalintion_ at _Salford AZ- Grham county Jail_.
   (Position and Title) (Institution)

2. Name of second Defendant: _Adams Jr_. The second Defendant is employed as: _Delintion officer_ at _Salford AZ- grham county Jail_.
   (Position and Title) (Institution)

3. Name of third Defendant: _Shaulter_. The third Defendant is employed as: _Delintion officer_ at _Salford AZ- grham county Jail_.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _0_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **Aggrevated Assult**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: **Agg- Assult By officer**
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On the date of December 19, 2022 Grham county Adult Jail and Division was neglegent and in adiqute to handle a situation in regard to my well being in wich I was in restraints, while coming back from the library D.O shuffer ran into my face and screamed "Cofield shut the fuck up, and the fuck up Cofield". I Then stated "get the fuck out of my face". I stood there 9 staff members of Grham county jail came, I stood there being restraind by those officers ADams Jr struck me in the face. After I was restraint at the floor Do Adams continued to strike me in the face while I was detanated. D.O. shuffer stated repeatedly "Hit him sock his Bitch ass up if he think he tough". Grham county state well had no regard for my safety. After the incident I asked I wanted to talk to executive Cofi was refused. I then stated that I do not feel safe with Do. Adams Jr or Do. shuffer around me because of the incedent. They stated it don't matter we have camras.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   multipe Bruising on arms and elbow, neck, left eye swollen shut and Black, Right eye minor swelling and Bruising nose Bruising and swollen and bled profusely. Side of my face bruising right side, NOSE Broken Dizziness I asked for more picture to be taken of injurys and was refused.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was locked down till transported back to cochise county so was unable to do a formal grievance was asked and refused I was only in there on a curtsy visit to spend the HOli

3A

## COUNT II

1. State the constitutional or other federal civil right that was violated: Excessive force By an officer.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Cameras will show that I was not resisting when on the ground and was tackled but was still while on do. Adams Jr. continued to strike me repeatedly on the face with multiple reinforcement present my I was restrained during this proceeding. DO. Adams struck me 6 or 7 times that I can recall causing my nose to break to have minor...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   multiple Bruising on arms and around neck, left eye swollen shut and black right eye, minor swelling and Bruising, nose swollen and Bruising and Bleed profusely, side of right face bruising. Also asked staff multiple times to take their pictures and was refused. Nose Broke Disfigurement

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Transfered back to ___ from ___. I was at Grham on a custody Hold.

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Threat to safety

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officers Threatend my wellbeing on December 19, 2022. D.O. Slaufler continued to get into my face and intemadutern me on multiple acasions. during Court you can here me yelling at him to get out of my face that I am tired of him always doing that to back up. During the assult D.O. Slaufler continualy stated "hit him sock his Bitch ass up if he thinks he is tough" after assult I was placed in a wrap restraint for 2 hours. after 2 hours staff came and got me. D.O. Slaufler was among. The individual I continued to ask if he can be removed from my presence for fear of my saftey he was standing by the door with a "fogger" also known as "OC spray" I told Sgt Thel I was in fear of my saftey both mental and physical The told me "he is here to do his job deal with it". D.O. Adams Jr was also present behind me he is the main one who assulted me / phisiraly harmed me. I pleaded with staff to remove them and was refused. On the morning of 12-20-22 I woke up for lunch I observed D.O. Slaufler walking by and I ask him to removed for fear of my saftey and was denied. I could not go back to sleep for fear. I was moved into a cam cell and was fighting to live.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   multiple bruising on arm and around neck. left eye swollen shut and black right eye minor swelling and bruising, nose swollen and bruising and skea purting side of face bruisng, mentaly scared for my safty. Also asked for more picture to Be taken multiple times was refused. This incadent has effected me emotionaly as well as my family. Vote Boxes disappointment

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. transferred to Colche from ephram curtacy held out of Globe

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## D. Cause of Action
### Count IV

5B

① State The constitutional or other federal right That was violated: Assult causing disfigurment.

② Count IV: (Identify The Issue involved.)
   Assult causing disfigurment.

③ Supporting facts:
On December 28, 2022 at aprosaimently 15:30 PM I was pulled out to the gila county medical. The Doctor confirmed That my nose was in fact Broken in 1 or 2 places. He Then attempted to pop my nose Back into place. He Then sceduled for my nose to be X-Rayed in The next couple of days. Also I may have suffered a concussion. Pictures where took at Before and after. X-Rays are pending. Doctor Also stated I Showed Signs of concussion.

④ Injury:
Broke nose in 1 or 2 places also Swelling and Blood partially, left eye swollen shut and Black/right eye minor Swelling and Brusing, Right side of face bruising, multiple marks on Arms and around neck, Possible concussion, requested pic Be taken multiple times and was refused By Graham county Adult Jail staff.

⑤ Administrative Remedies:
A.) Yes
B.) no
C.) no
D.) unable to do a formal grievance, was only at Graham on a contactholl I was Locked down untill transfered Back to gila county so was

## E. REQUEST FOR RELIEF

State the relief you are seeking:
A ful investigation of Gaberunn County Jail. Safted AZ.
removal of officers that were directly involved in incroant.
Compinsation for Attorney expences.
Personall complnsation/relief requested.
Prosicution of Adams Jr for agg assault and excessive force. agg. assault/ecuting child
Compensation for medical charges.
victems restitution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12·22·22
            DATE                                   *Simeon R Cofield*
                                                   SIGNATURE OF PLAINTIFF

*N/A*

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

*Simeon R Cofield*
(Signature of attorney, if any)

*Cofield, Simeon*        Primary #(928)701-1018
(Attorney's address & telephone number)   Home# (623)225-0234
Gila County Jail Globe
P.O. Box 311
Globe AZ 85502

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.