# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simeon Emanuel Gilbran Cofield,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Graham County Adult Detention Jail, et al.,<br><br>　　　　Defendants. | NO. CV-23-00027-TUC-RCC<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 21, 2023, Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 21, 2023

　　　　　　　　　　　　　　　s/ SCA
　　　　　　　　　　　By　　Deputy Clerk